**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JACKIE and SHAKIRA RUSSELL, | ) | FILED: SEPTEMBER 25, 2008 |
| | ) | 08CV5477 |
| Plaintiffs, | ) | JUDGE KENNELLY |
| | ) | MAGISTRATE JUDGE NOLAN |
| vs. | ) | Civil Action No. |
| | ) | TC |
| REDLINE RECOVERY SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

NOW COME the Plaintiffs, JACKIE and SHAKIRA RUSSELL by and through their

attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant,

REDLINE RECOVERY SERVICES, and alleging as follows:

**PRELIMINARY STATEMENT**

1.      This is an action for actual and statutory damages for violations of the Fair Debt

Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

**JURISDICTION AND VENUE**

2.      Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692

et seq.

**PARTIES**

3.      Plaintiffs, Jackie and Shakira Russell, ("Plaintiffs"), are individuals who were at

all relevant times residing in the City of Belvedere, State of Illinois.

4.      At all relevant times herein, Defendant, Redline Recovery Services, LLC,

("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held

itself out to be a company collecting a debt allegedly owed from Shakira Russell.

1

5.    Defendant is a corporation that has its principal place of business and its offices located in the State of Georgia.

**ALLEGATIONS**
**COUNT I**
**VIOLATIONS OF THE FDCPA v. REDLINE RECOVERY SERVICES, LLC**

6.    In June of 2008, both Plaintiffs began receiving telephone calls from a representative of Defendant attempting to collect a debt allegedly owed from Shakira Russell.

7.    Defendant contacted Plaintiff, Jackie Russell, mother of Plaintiff Shakira Russell, approximately twice a week looking for Plaintiff, Shakira Russell in an effort to collect a debt allegedly owed from Shakira in the amount of $1000.00.

8.    In each conversation, Jackie Russell has told Defendant that Shakira does not reside with her, however Defendant continues to repeatedly contact Jackie Russell at her home to the point of becoming harassing and abusive.

9.    In September of 2008, Plaintiff, Shakira Russell, told Defendant that she was represented by counsel, attempted to provide Defendant with her counsel's information, and advised Defendant to no longer contact her personally.  However Plaintiff's request went ignored and Defendant continued to contact her instead of her attorney.

10.    In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

      a.    In communicating with any person other than the consumer stated that the consumer owes any debt in violation of 15 U.S.C. § 1692b(2);

      b.    Communicated with any person other than the consumer on more than one occasion in violation of 15 U.S.C. § 1692b(3); and

2

c.　　Communicated with a consumer in connection with the collection of any

debt when the debt collector knows the consumer is represented by an attorney

with respect to such debt and has knowledge of or can readily ascertain, such

attorney's name and address in violation of 15 U.S.C. § 1692c(a)(2).

11.　　As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues

to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiffs, JACKIE and SHAKIRA RUSSELL, by and through their

attorneys, respectfully pray for judgment as follows:

a.　　All actual compensatory damages suffered;

b.　　Statutory damages of $1,000.00 for Plaintiffs;

c.　　Plaintiffs' attorneys' fees and costs;

d.　　Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFFS REQUEST A TRIAL BY JURY ***

Respectfully Submitted,
**JACKIE AND SHAKIRA RUSSELL**


By: 　  s/Larry P. Smith
　　　　　Attorney for Plaintiff


Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.　　(312) 222-9028
Fax　　(312) 602-3911
e-mail  lsmith@lpsmithlaw.com