UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Jackie Russell, et al.
                              Plaintiff,

v.                                                           Case No.: 1:08−cv−05477
                                                            Honorable Matthew F. Kennelly

Redline Recovery Services, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 2, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Case is dismissed pursuant to settlement. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.